IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: CR509-14

DAVID LEE STOKES

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motions to Suppress are **DENIED**.

**SO ORDERED**, this ___ day of _____February_____, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE